IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― X

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and STATE OF VERMONT,

          Plaintiffs,

          v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

          Defendants.

Case No. 1:07-cv-10632-BSJ

*Electronically Filed*

―――――――――――――――――――――――― X

## DECLARATION OF SERVICE

I hereby declare that, in accordance with Fed. R. Civ. P. 4(i)(2)(A), I caused a copy of the Complaint and the Summons in this action to be served by certified mail, return receipt requested, on the following persons and agency on the dates stated:

STEPHEN L. JOHNSON
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460
*November 28, 2007*

U.S. ENVIRONMENTAL PROTECTION AGENCY
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460
*November 28, 2007*

| | |
|---|---|
| MICHAEL B. MUKASEY<br>ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530-0001<br>*November 28, 2007* | MICHAEL J. GARCIA<br>UNITED STATES ATTORNEY<br>Office of the U.S. Attorney for the Southern District of New York<br>One St. Andrews Plaza<br>New York, New York  10007<br>ATTENTION:  CIVIL PROCESS CLERK<br>*November 30, 2007* |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:       New York, New York
             December 6, 2007

          _s/ Andrew G. Frank_____
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
ATTORNEY GENERAL OF THE STATE OF NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
Telephone:  (212) 416-8271
Facsimile:  (212) 416-6007