AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA,
STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE,
COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA,
STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY,
COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION, and STATE OF VERMONT,
                    Plaintiffs,
    v.
STEPHEN L. JOHNSON, in his official capacity as
Administrator of the U.S. Environmental Protection
Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY,
                    Defendants.

**APPEARANCE**

Case Number: 1:07-cv-10632-BSJ

Electronically Filed

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff State of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 28, 2007 | _/s/ A. G. F._ |
| Date | Signature |
| | Andrew G. Frank — AF 8047 |
| | Print Name — Bar Number |
| | NYS Office of the Attorney General, 120 Broadway |
| | Address |
| | New York — NY — 10271 |
| | City — State — Zip Code |
| | (212) 416-8271 — (212) 416-6007 |
| | Phone Number — Fax Number |