IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and STATE OF VERMONT,

        Plaintiffs,

    v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

        Defendants.

———————————————————————— X

Case No. 1:07-cv-10632-BSJ

**CERTIFICATE OF SERVICE**

*Electronically Filed*

    I hereby certify that I caused to be served a copy of the Appearance of Andrew G. Frank in this action by United States First Class Mail this 6th day of December, 2007 on the following attorneys:

<u>Counsel for Defendants</u>

MICHAEL B. MUKASEY
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

MICHAEL J. GARCIA
UNITED STATES ATTORNEY
Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York  10007

Counsel for Plaintiffs

TERRY GODDARD,
ATTORNEY GENERAL OF THE STATE
OF ARIZONA
James T. Skardon
Assistant Attorney General
Arizona Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona  85007

EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF THE STATE
OF CALIFORNIA
James R. Potter
Deputy Attorney General
California Office of the Attorney General
300 South Spring Street
Los Angeles, California  90013-1230

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT
Mary K. Lenehan
Assistant Attorneys General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut  06141-0120

LISA MADIGAN
ATTORNEY GENERAL OF THE STATE
OF ILLINOIS
Gerald T. Karr
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois  60602

G. STEVEN ROWE
ATTORNEY GENERAL OF THE STATE
OF MAINE
Janet M. McClintock
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine  04333-0006

MARTHA COAKLEY
ATTORNEY GENERAL OF THE
COMMONWEALTH OF
MASSACHUSETTS
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts  02108

LORI SWANSON
ATTORNEY GENERAL OF THE STATE
OF MINNESOTA
Carla Heyl
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota  55101

KELLY A. AYOTTE
ATTORNEY GENERAL OF THE STATE
OF NEW HAMPSHIRE
Maureen D. Smith
Senior Assistant Attorney General
New Hampshire Office of the Attorney
General
33 Capitol Street
Concord, New Hampshire  03301-6397

ANNE MILGRAM
ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY
Michael Schuit
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey  08625-0093

SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Robert A. Reiley
Assistant Counsel
Pennsylvania Department of Environmental
Protection
400 Market Street
Harrisburg, Pennsylvania  17105

WILLIAM H. SORRELL
ATTORNEY GENERAL OF THE STATE
OF VERMONT
Kevin O. Leske
Assistant Attorney General
Vermont Office of Attorney General
109 State Street
Montpelier, Vermont 05609-1001

 s/ Andrew G. Frank
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
ATTORNEY GENERAL OF THE STATE OF
NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
Telephone:  (212) 416-8271
Facsimile:  (212) 416-6007