AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: 1:07-cv-10632

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of Connecticut

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/6/2007 | Mary K. Lenehan |
| Date | Signature |
| | Mary Kathryn Lenehan     ML0727 |
| | Print Name     Bar Number |
| | State of CT - Atty General's Office - 55 Elm Street |
| | Address |
| | Hartford     CT     06410 |
| | City     State     Zip Code |
| | (860) 808-5250     (860) 808-5386 |
| | Phone Number     Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and STATE OF VERMONT, | CASE NO. 07-CV-10632 |
| *Plaintiffs*, | |
| vs. | |
| STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY, | |
| *Defendants* | December 17, 2007 |

## CERTIFICATION

I hereby certify that on December 17, 2007, a copy of the Appearance of Mary K. Lenehan was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Mary K. Lenehan
Mary K. Lenehan (# CT15436)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5250
Fax: (860) 808-5386
E-mail: Mary. Lenehan@po.state.ct.us

PLAINTIFFS

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND STATE OF VERMONT

**ATTORNEYS FOR PLAINTIFFS**

Counsel for State of New York:

ANDREW M. CUOMO,
ATTORNEY GENERAL OF THE STATE OF NEW YORK
Andrew G. Frank
Assistant Attorney General
New York State Office of the Attorney General
120 Broadway
New York, New York   10271
(212) 416-8446

2

Counsel for State of Arizona:

>TERRY GODDARD,
>ATTORNEY GENERAL OF THE STATE OF ARIZONA
>James T. Skardon
>Assistant Attorney General
>Arizona Office of the Attorney General
>1275 West Washington Street
>Phoenix, Arizona   85007

Counsel for State of California:

>EDMUND G. BROWN JR.,
>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA
>James R. Potter
>Deputy Attorney General
>California Office of the Attorney General
>300 South Spring Street
>Los Angeles, California   90013-1230
>(213) 897-2637

Counsel for State of Connecticut:

>RICHARD BLUMENTHAL
>ATTORNEY GENERAL OF THE STATE OF CONNECTICUT
>Mary K. Lenehan
>Matthew Levine
>Assistant Attorneys General
>Connecticut Office of the Attorney General
>55 Elm Street, P. O. Box 120
>Hartford, Connecticut   06141-0120
>(860) 808-5250

Counsel for State of Illinois:

>LISA MADIGAN
>ATTORNEY GENERAL OF THE STATE OF ILLINOIS
>Gerald T. Karr
>Senior Assistant Attorney General
>Illinois Attorney General's Office
>69 West Washington Street, Suite 1800
>Chicago, Illinois   60602

Counsel for State of Maine:

    G. STEVEN ROWE
    ATTORNEY GENERAL OF THE STATE OF MAINE
    Janet M. McClintock
    Assistant Attorney General
    Maine Office of the Attorney General
    6 State House Station
    Augusta, Maine    04333-0006

Counsel for Commonwealth of Massachusetts:

    MARTHA COAKLEY
    ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS
    I. Andrew Goldberg
    Assistant Attorney General
    Massachusetts Office of the Attorney General
    One Ashburton Place
    Boston, MA   02108

Counsel for State of Minnesota:

    LORI SWANSON
    ATTORNEY GENERAL OF THE STATE OF MINNESOTA
    Carla Hey
    Assistant Attorney General
    Minnesota Office of the Attorney General
    900 Bremer Tower
    445 Minnesota Street
    St. Paul, Minnesota   55101
    (651) 296-7341

Counsel for State of New Hampshire:

    KELLY A. AYOTTE
    ATTORNEY GENERAL OF THE STATE OF NEW HAMPSHIRE
    Maureen D. Smith
    Senior Assistant Attorney General
    New Hampshire Office of the Attorney General
    33 Capitol Street
    Concord, New Hampshire   03301-6397
    (603) 223-6270

Counsel for State of New Jersey

    ANNE MILGRAM
    ATTORNEY GENERAL OF THE STATE OF NEW JERSEY
    Michael Schuit
    Deputy Attorney General
    New Jersey Office of the Attorney General
    Richard J. Hughes Justice Complex
    25 Market Street, P. O. Box 093
    Trenton, New Jersey   08625-0093
    (609) 633-8109

Counsel for Commonwealth of Pennsylvania, Department of Environmental Protection

    SUSAN SHINKMAN
    CHIEF COUNSEL, COMMONWEALTH OF PENNSYLVANIA,
    DEPARTMENT OF ENVIRONMENTAL PROTECTION
    Robert A. Reiley
    Assistant Counsel
    Pennsylvania Department of Environmental Protection
    400 Market Street
    Harrisburg, Pennsylvania   17105
    (717) 787-0478

Counsel for State of Vermont:

    WILLIAM H. SORRELL
    ATTORNEY GENERAL OF THE STATE OF VERMONT
    Kevin O. Leske
    Assistant Attorney General
    Vermont Office of the Attorney General
    109 State Street
    Montpelier, Vermont   05609-1001
    (802) 828-6902

**ATTORNEYS FOR DEFENDANTS**

Counsel for Stephen L. Johnson and U.S. Environmental Protection Agency:

    MICHAEL B. MUKASEY
    ATTORNEY GENERAL OF THE UNITED STATES
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC   20530-0001
    (202) 514-2000

    MICHAEL J. GARCIA
    UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK
    One St. Andrews Plaza
    New York, New York   10007
    (212) 637-2200