ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STATE OF NEW YORK, *et al.*,

                    Plaintiffs,

    -against-

STEPHEN L. JOHNSON, *et al.*,

                    Defendants.

-----------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

**NOTICE OF MOTION TO ADMIT COUNSEL MAUREEN D. SMITH** *PRO HAC VICE*

      PLEASE TAKE NOTICE that, upon the annexed declaration of movant, Andrew G. Frank, Assistant Attorney General in the Environmental Protection Bureau of the office of Andrew M. Cuomo, Attorney General of the State of New York, in support of this motion, and upon the declaration of Maureen D. Smith, as applicant for admission *pro hac vice*, and upon the certifications of good standing of the Supreme Court of New Hampshire and the Court of Appeals of Maryland, the undersigned will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY, 10007, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of said Maureen D. Smith, Assistant Attorney General of the State of New Hampshire and a member in good standing of the Bars of the State of New Hampshire and of the State of Maryland, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Movant Andrew G. Frank will act as local counsel for the applicant.

Dated: New York, New York
January 9, 2008

*[signature: A. G. R.]*

Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                Plaintiffs,

        -against-

STEPHEN L. JOHNSON, *et al.*,

                Defendants.
-------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

### DECLARATION OF ANDREW G. FRANK IN SUPPORT OF MOTION TO ADMIT MAUREEN D. SMITH AS COUNSEL *PRO HAC VICE*

Andrew G. Frank, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I was so admitted on February 1, 2000.

2. I am currently employed as an Assistant Attorney General of the Environmental Protection Bureau of the Office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action.

3. I make this declaration in support of the motion to admit Maureen D. Smith, an attorney admitted to practice in the State of New Hampshire and in the State of Maryland, as counsel *pro hac vice* for plaintiff State of New Hampshire in this action.

4. As set forth in the annexed declaration of Maureen D. Smith and the exhibit thereto:

    (i) Maureen D. Smith is a member in good standing of the Bars of the State of New Hampshire and the State of Maryland.

(ii) There are no pending disciplinary proceedings against Maureen D. Smith in any State or Federal Court.

5. I agree to act as local counsel to the applicant for admission *pro hac vice* during the pendency of this action. My address is: Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271. My telephone number is (212) 416-8271 and my fax number is (212) 416-6007. My e-mail address is andrew.frank@oag.state.ny.us.

6. The required fee of $25.00 accompanies this motion in accordance with the Local Rules of this Court.

7. A proposed Order granting this motion is annexed hereto.

8. No previous application has been made for the relief sought in this motion.

WHEREFORE I respectfully request that Maureen D. Smith be admitted as counsel *pro hac vice* for plaintiff State of New Hampshire in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 9, 2008

*/s/ A. G. F.*

Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                            :
STATE OF NEW YORK, *et al.*,                :
                                            :
                              Plaintiffs,   :   Case No. 1:07-cv-10632-BSJ-DCF
                                            :
            -against-                       :
                                            :
STEPHEN L. JOHNSON, *et al.*,               :
                                            :
                              Defendants.   :
                                            :
----------------------------------------------------------------X

**ORIGINAL**

## DECLARATION OF MAUREEN D. SMITH
### IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

   Maureen D. Smith, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

   1.   I am an attorney duly admitted to practice in the State of New Hampshire since May 27, 1988, and in the State of Maryland since June 21, 1978.

   2.   I am currently employed as a Assistant Attorney General in the State of New Hampshire Office of the Attorney General, where I have been continuously employed since July 1992.

   3.   Attached hereto as Exhibit A are a Certificate of Good Standing issued by the Supreme Court of New Hampshire, dated December 12, 2007, and a Certificate of Good Standing issued by the Court of Appeals of Maryland, dated December 10, 2007, reflecting that I am currently a member in good standing of the Bars of the State of New Hampshire and the State of Maryland.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Pursuant to the accompanying motion, I hereby request permission to appear as counsel *pro hac vice* for the State of New Hampshire in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is and shall remain local counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/8/08__          _____
                                            Maureen D. Smith

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

   I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-first day of June, 1978,

### Maureen Dorothy Smith

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

   **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of December, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                        Plaintiffs,      :    Case No. 1:07-cv-10632-BSJ-DCF

-against-

STEPHEN L. JOHNSON, *et al.*,

                        Defendants.
------------------------------------------------------------X

## ORDER GRANTING MOTION TO
## ADMIT MAUREEN D. SMITH AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Maureen D. Smith, an attorney admitted to practice in the State of New Hampshire and in the State of Maryland, as counsel *pro hac vice* for plaintiff State of New Hampshire in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Maureen D. Smith is hereby admitted as counsel *pro hac vice* for plaintiff State of New Hampshire in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
      this _____ day of _____, 2008.

                                                        _____
                                                        THE HONORABLE BARBARA S. JONES
                                                        UNITED STATES DISTRICT JUDGE

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STATE OF NEW YORK, *et al.*,

                Plaintiffs,

   -against-

STEPHEN L. JOHNSON, *et al.*,

                Defendants.

------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a copy of the Motion to Admit Counsel Maureen D. Smith *Pro Hac Vice* in this action, along with the two accompanying declarations and the proposed order granting the motion, by United States First Class Mail this 9th day of January, 2008 on the following attorneys:

Counsel for Defendants

| | |
|---|---|
| MICHAEL B. MUKASEY<br>ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530-0001 | MICHAEL J. GARCIA<br>UNITED STATES ATTORNEY<br>Office of the U.S. Attorney for the Southern District of New York<br>One St. Andrews Plaza<br>New York, New York  10007 |

Counsel for Plaintiffs

| | |
|---|---|
| TERRY GODDARD,<br>ATTORNEY GENERAL OF THE STATE OF ARIZONA<br>James T. Skardon<br>Assistant Attorney General<br>Arizona Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona  85007 | EDMUND G. BROWN JR.,<br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA<br>James R. Potter<br>Deputy Attorney General<br>California Office of the Attorney General<br>300 South Spring Street<br>Los Angeles, California  90013-1230 |

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT
Mary K. Lenehan
Assistant Attorneys General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

G. STEVEN ROWE
ATTORNEY GENERAL OF THE STATE
OF MAINE
Janet M. McClintock
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006

LORI SWANSON
ATTORNEY GENERAL OF THE STATE
OF MINNESOTA
Carla Heyl
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101

ANNE MILGRAM
ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY
Michael Schuit
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093

LISA MADIGAN
ATTORNEY GENERAL OF THE STATE
OF ILLINOIS
Gerald T. Karr
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois 60602

MARTHA COAKLEY
ATTORNEY GENERAL OF THE
COMMONWEALTH OF
MASSACHUSETTS
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

KELLY A. AYOTTE
ATTORNEY GENERAL OF THE STATE
OF NEW HAMPSHIRE
Maureen D. Smith
Senior Assistant Attorney General
New Hampshire Office of the Attorney
General
33 Capitol Street
Concord, New Hampshire 03301-6397

SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Robert A. Reiley
Assistant Counsel
Pennsylvania Department of Environmental
Protection
400 Market Street
Harrisburg, Pennsylvania 17105

WILLIAM H. SORRELL
ATTORNEY GENERAL OF THE STATE
OF VERMONT
Kevin O. Leske
Assistant Attorney General
Vermont Office of Attorney General
109 State Street
Montpelier, Vermont 05609-1001

_____
Andrew G. Frank