ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STATE OF NEW YORK, *et al.*,                                :   Case No. 1:07-cv-10632-BSJ-DCF
                                                            :
                   Plaintiffs,                            :
                                                            :   **NOTICE OF MOTION**
    -against-                                             :   **TO ADMIT COUNSEL**
                                                            :   **JAMES T. SKARDON**
STEPHEN L. JOHNSON, *et al.*,                               :   *PRO HAC VICE*
                                                            :
                   Defendants.                            :
                                                            :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed declaration of movant, Andrew G. Frank, Assistant Attorney General in the Environmental Protection Bureau of the office of Andrew M. Cuomo, Attorney General of the State of New York, in support of this motion, and upon the declaration of James T. Skardon, as applicant for admission *pro hac vice*, and upon the certification of good standing of the Supreme Court of Arizona, the undersigned will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY, 10007, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of said James T. Skardon, Assistant Attorney General of the State of Arizona and a member in good standing of the Bar of the State of Arizona, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Movant Andrew G. Frank will act as local counsel for the applicant.

Dated: New York, New York
January 15, 2008

                                         /s/ Andrew G. Frank
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

2

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
STATE OF NEW YORK, *et al.*, :
:
                      Plaintiffs, :
:   Case No. 1:07-cv-10632-BSJ-DCF
    -against- :
:
STEPHEN L. JOHNSON, *et al.*, :
:
                      Defendants. :
:
----------------------------------------------------------X

## DECLARATION OF ANDREW G. FRANK IN SUPPORT OF MOTION TO ADMIT JAMES T. SKARDON AS COUNSEL *PRO HAC VICE*

Andrew G. Frank, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I was so admitted on February 1, 2000.

2. I am currently employed as an Assistant Attorney General of the Environmental Protection Bureau of the Office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action.

3. I make this declaration in support of the motion to admit James T. Skardon, an attorney admitted to practice in the State of Arizona, as counsel *pro hac vice* for plaintiff State of Arizona in this action.

4. As set forth in the annexed declaration of James T. Skardon and the exhibit thereto:

    (i) James T. Skardon is a member in good standing of the Bar of the State of Arizona.

(ii) There are no pending disciplinary proceedings against James T. Skardon in any State or Federal Court.

5. I agree to act as local counsel to the applicant for admission *pro hac vice* during the pendency of this action. My address is: Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271. My telephone number is (212) 416-8271 and my fax number is (212) 416-6007. My e-mail address is andrew.frank@oag.state.ny.us.

6. The required fee of $25.00 accompanies this motion in accordance with the Local Rules of this Court.

7. A proposed Order granting this motion is annexed hereto.

8. No previous application has been made for the relief sought in this motion.

WHEREFORE I respectfully request that James T. Skardon be admitted as counsel *pro hac vice* for plaintiff State of Arizona in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         January 15, 2008

*[signature: A G. Frank]*
_____
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

2

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
STATE OF NEW YORK, *et al.*,       :
:
                      Plaintiffs,   :   Case No. 1:07-cv-10632-BSJ-DCF
:
       -against-            :
:
STEPHEN L. JOHNSON, *et al.*,      :
:
                      Defendants.   :
:
------------------------------------------------------------X

## DECLARATION OF JAMES T. SKARDON
## IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

James T. Skardon, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the State of Arizona since October 17, 1981.

2. I am currently employed as a Assistant Attorney General in the State of Arizona Office of the Attorney General, where I have been continuously employed since May 1985.

3. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Disciplinary Clerk of the Supreme Court of Arizona, dated January 7, 2008, reflecting that I am currently a member in good standing of the Bar of the State of Arizona.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      Pursuant to the accompanying motion, I hereby request permission to appear as counsel *pro hac vice* for the State of Arizona in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is and shall remain local counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 9, 2008___            _____/s/ James T. Skardon_____
                                                                                James T. Skardon

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JAMES TODD SKARDON,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 17, 1981, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 7th day of January, 2008.

Nancy Swetnam
Acting Disciplinary Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                         :

STATE OF NEW YORK, *et al.*,        :

              Plaintiffs,      :      Case No. 1:07-cv-10632-BSJ-DCF

        -against-      :

STEPHEN L. JOHNSON, *et al.*,    :

              Defendants.   :
------------------------------------------------------------X

## ORDER GRANTING MOTION TO
## ADMIT JAMES T. SKARDON AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit James T. Skardon, an attorney admitted to practice in the State of Arizona, as counsel *pro hac vice* for plaintiff State of Arizona in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that James T. Skardon is hereby admitted as counsel *pro hac vice* for plaintiff State of Arizona in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
       this _____ day of _____, 2008.

                                                                       _____
                                                                       THE HONORABLE BARBARA S. JONES
                                                                        UNITED STATES DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STATE OF NEW YORK, et al.,                                   :
                                                             :   Case No. 1:07-cv-10632-BSJ-DCF
                              Plaintiffs,                    :
                                                             :
        -against-                                            :   CERTIFICATE OF SERVICE
                                                             :
STEPHEN L. JOHNSON, et al.,                                  :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

**ORIGINAL**

I hereby certify that I caused to be served a copy of the Motion to Admit Counsel James T. Skardon *Pro Hac Vice* in this action, along with the two accompanying declarations and the proposed order granting the motion, by United States First Class Mail this 15th day of January, 2008 on the following attorneys:

Counsel for Defendants

MICHAEL B. MUKASEY
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

MICHAEL J. GARCIA
UNITED STATES ATTORNEY
Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

Counsel for Plaintiffs

TERRY GODDARD,
ATTORNEY GENERAL OF THE STATE OF ARIZONA
James T. Skardon
Assistant Attorney General
Arizona Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007

EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA
James R. Potter
Deputy Attorney General
California Office of the Attorney General
300 South Spring Street
Los Angeles, California 90013-1230

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT
Mary K. Lenehan
Assistant Attorneys General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

G. STEVEN ROWE
ATTORNEY GENERAL OF THE STATE
OF MAINE
Janet M. McClintock
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006

LORI SWANSON
ATTORNEY GENERAL OF THE STATE
OF MINNESOTA
Carla Heyl
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101

ANNE MILGRAM
ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY
Michael Schuit
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093

LISA MADIGAN
ATTORNEY GENERAL OF THE STATE
OF ILLINOIS
Gerald T. Karr
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois 60602

MARTHA COAKLEY
ATTORNEY GENERAL OF THE
COMMONWEALTH OF
MASSACHUSETTS
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

KELLY A. AYOTTE
ATTORNEY GENERAL OF THE STATE
OF NEW HAMPSHIRE
Maureen D. Smith
Senior Assistant Attorney General
New Hampshire Office of the Attorney
General
33 Capitol Street
Concord, New Hampshire 03301-6397

SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Robert A. Reiley
Assistant Counsel
Pennsylvania Department of Environmental
Protection
400 Market Street
Harrisburg, Pennsylvania 17105

WILLIAM H. SORRELL
ATTORNEY GENERAL OF THE STATE
OF VERMONT
Kevin O. Leske
Assistant Attorney General
Vermont Office of Attorney General
109 State Street
Montpelier, Vermont 05609-1001

_____
Andrew G. Frank