UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

STATE OF NEW YORK, *et al.*,

                     Plaintiffs,

      -against-

STEPHEN L. JOHNSON, *et al.*,

                    Defendants.

---------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF



## ORDER GRANTING MOTION TO
## ADMIT ROBERT A. REILEY AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Robert A. Reiley, an attorney admitted to practice in the Commonwealth of Pennsylvania, as counsel *pro hac vice* for plaintiff Commonwealth of Pennsylvania, Department of Environmental Protection, in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Robert A. Reiley is hereby admitted as counsel *pro hac vice* for plaintiff Commonwealth of Pennsylvania, Department of Environmental Protection, in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
      this ___ day of _____, 2008.

                                                             _____
                                                            THE HONORABLE BARBARA S. JONES
                                                           UNITED STATES DISTRICT JUDGE