UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STATE OF NEW YORK, et al.,

                              Plaintiffs,

        -against-

STEPHEN L. JOHNSON, et al.,

                              Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/08

Case No. 1:07-cv-10632-BSJ-DCF

## ORDER GRANTING MOTION TO
## ADMIT KEVIN O. LESKE AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Kevin O. Leske, an attorney admitted to practice in the State of Vermont, as counsel *pro hac vice* for plaintiff State of Vermont in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Kevin O. Leske is hereby admitted as counsel *pro hac vice* for plaintiff State of Vermont in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
         this 11th day of February, 2008.

                                      THE HONORABLE BARBARA S. JONES
                                      UNITED STATES DISTRICT JUDGE