UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
STATE OF NEW YORK, *et al.*,                          :    Case No. 1:07-cv-10632-BSJ-DCF
:
Plaintiffs,                   :
:    **NOTICE OF MOTION**
-against-                      :    **TO ADMIT COUNSEL**
:    **JANET M. MCCLINTOCK**
STEPHEN L. JOHNSON, *et al.*,                         :    *PRO HAC VICE*
:
Defendants.                   :
:
-----------------------------------------------------------X

**ORIGINAL**

PLEASE TAKE NOTICE that, upon the annexed declaration of movant, Andrew G. Frank, Assistant Attorney General in the Environmental Protection Bureau of the office of Andrew M. Cuomo, Attorney General of the State of New York, in support of this motion, and upon the declaration of Janet M. McClintock, as applicant for admission *pro hac vice*, and upon the certification of good standing of the Board of Overseers of the Maine Bar, the undersigned will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY, 10007, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of said Janet M. McClintock, Assistant Attorney General of the State of Maine and a member in good standing of the Bar of the State of Maine, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Movant Andrew G. Frank will act as local counsel for the applicant.

Dated: New York, New York
       February 12, 2008

                                                         _/s/ A. G. F._
                                                         Andrew G. Frank
                                                         Assistant Attorney General
                                                         Environmental Protection Bureau
                                                         ANDREW M. CUOMO
                                                         Attorney General of the State of New York
                                                         120 Broadway, 26th Floor
                                                         New York, NY 10271
                                                         Telephone: (212) 416-8271
                                                         Facsimile: (212) 416-6007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
STATE OF NEW YORK, *et al.*,            :
:
                         Plaintiffs,          :
:     Case No. 1:07-cv-10632-BSJ-DCF
       -against-                  :
:
STEPHEN L. JOHNSON, *et al.*,           :
:
                         Defendants.       :
:
------------------------------------------------------------X

**ORIGINAL**

## DECLARATION OF ANDREW G. FRANK IN SUPPORT OF MOTION TO ADMIT JANET M. MCCLINTOCK AS COUNSEL *PRO HAC VICE*

Andrew G. Frank, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I was so admitted on February 1, 2000.

2. I am currently employed as an Assistant Attorney General of the Environmental Protection Bureau of the Office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action.

3. I make this declaration in support of the motion to admit Janet M. McClintock, an attorney admitted to practice in the State of Maine, as counsel *pro hac vice* for plaintiff State of Maine in this action.

4. As set forth in the annexed declaration of Janet M. McClintock and the exhibit thereto:

    (i) Janet M. McClintock is a member in good standing of the Bar of the State of Maine.

    (ii) There are no pending disciplinary proceedings against Janet M. McClintock in any State or Federal Court.

  5. I agree to act as local counsel to the applicant for admission *pro hac vice* during the pendency of this action. My address is: Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271. My telephone number is (212) 416-8271 and my fax number is (212) 416-6007. My e-mail address is andrew.frank@oag.state.ny.us.

  6. The required fee of $25.00 accompanies this motion in accordance with the Local Rules of this Court.

  7. A proposed Order granting this motion is annexed hereto.

  8. No previous application has been made for the relief sought in this motion.

WHEREFORE I respectfully request that Janet M. McClintock be admitted as counsel *pro hac vice* for plaintiff State of Maine in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
     February 12, 2008

           /s/ A. G. F.
           Andrew G. Frank
           Assistant Attorney General
           Environmental Protection Bureau
           ANDREW M. CUOMO
           Attorney General of the State of New York
           120 Broadway, 26th Floor
           New York, NY 10271
           Telephone: (212) 416-8271
           Facsimile: (212) 416-6007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STATE OF NEW YORK, *et al.*,

                         Plaintiffs,

          -against-

STEPHEN L. JOHNSON, *et al.*,

                         Defendants.

-----------------------------------------------------------X

**ORIGINAL**

Case No. 1:07-cv-10632-BSJ-DCF

## DECLARATION OF JANET M. MCCLINTOCK
## IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

Janet M. McClintock, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the State of Maine since May 15, 1986.

2. I am currently employed as an Assistant Attorney General in the State of Maine Office of the Attorney General, where I have been continuously employed since March 1986.

3. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Board of Overseers of the Maine Bar, dated January 28, 2008, reflecting that I am currently a member in good standing of the Bar of the State of Maine.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Pursuant to the accompanying motion, I hereby request permission to appear as counsel *pro hac vice* for the State of Maine in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is and shall remain local counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008

Janet M. McClintock

# BOARD OF OVERSEERS OF THE BAR
*Established by the Maine Supreme Judicial Court*

**BOARD MEMBERS**

Paul H. Sighinolfi, Esq., Chair
Jud Knox, Vice Chair

---

Patricia M. Ender, Esq.
Charles E. Gilbert III, Esq.
Christine Holden, Ph.D.
Susan E. Hunter, Esq.
Andrew J. Pease, Jr.
David M. Sanders, Esq.
Charles W. Smith Jr., Esq.

97 Winthrop Street
P O Box 527
Augusta, ME 04332-0527

Phone 207-623-1121 • Fax 207-623-4175
Email board@mebaroverseers.org • Web www.mebaroverseers.org

**BOARD STAFF**

BAR COUNSEL
J. Scott Davis

DEPUTY BAR COUNSEL
Nora Sosnoff

ASSISTANT BAR COUNSEL
Aria eee

ADMINISTRATIVE DIRECTOR
Jacqueline M. Rogers

## CERTIFICATE OF GOOD STANDING
## AND DISCIPLINARY RECORD SEARCH

Janet M. McClintock, Esquire
State of Maine
Office of the Attorney General
6 State House Station
Augusta, Maine  04333-0006

    This is to certify that according to the registration records of Maine's Board of Overseers of the Bar Attorney Janet M. McClintock, Harpswell, Maine (Maine Bar #3284) was admitted to the Maine Bar on May 15, 1986 and is presently registered and in good standing with the Board of Overseers of the Bar as an active practitioner.

    In response to written request, the Board's records further indicate the following disciplinary record information:

| | |
|---|---|
| Reprimands: | None |
| Suspensions: | None |
| Disbarments: | None |

Dated at Augusta, County of Kennebec, State of Maine on January 28, 2008.

*Linda J. Hapworth*
Linda J. Hapworth, Registration Secretary



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STATE OF NEW YORK, *et al.*,                                :
                                                            :
                              Plaintiffs,                   :   Case No. 1:07-cv-10632-BSJ-DCF
                                                            :
              -against-                                     :
                                                            :
STEPHEN L. JOHNSON, *et al.*,                               :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

## ORDER GRANTING MOTION TO
## ADMIT JANET M. MCCLINTOCK AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Janet M. McClintock, an attorney admitted to practice in the State of Maine, as counsel *pro hac vice* for plaintiff State of Maine in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Janet M. McClintock is hereby admitted as counsel *pro hac vice* for plaintiff State of Maine in this action.  Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
       this _____ day of _____, 2008.

                                                        _____
                                                        THE HONORABLE BARBARA S. JONES
                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                 Plaintiffs,

     -against-

STEPHEN L. JOHNSON, *et al.*,

                 Defendants.
-----------------------------------------------------------X

**ORIGINAL**

Case No. 1:07-cv-10632-BSJ-DCF

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a copy of the Motion to Admit Counsel Janet M. McClintock *Pro Hac Vice* in this action, along with the two accompanying declarations and the proposed order granting the motion, by United States First Class Mail this 12th day of February, 2008 on the following attorneys:

<u>Counsel for Defendants</u>

   Sarah E. Light
   Assistant U.S. Attorney
   MICHAEL J. GARCIA
   UNITED STATES ATTORNEY
   Office of the U.S. Attorney for the Southern
   District of New York
   One St. Andrews Plaza
   New York, New York  10007

Counsel for Plaintiffs

TERRY GODDARD,
ATTORNEY GENERAL OF THE STATE
OF ARIZONA
James T. Skardon
Assistant Attorney General
Arizona Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007

EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF THE STATE
OF CALIFORNIA
James R. Potter
Deputy Attorney General
California Office of the Attorney General
300 South Spring Street
Los Angeles, California 90013-1230

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT
Mary K. Lenehan
Assistant Attorney General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

LISA MADIGAN
ATTORNEY GENERAL OF THE STATE
OF ILLINOIS
Gerald T. Karr
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois 60602

G. STEVEN ROWE
ATTORNEY GENERAL OF THE STATE
OF MAINE
Janet M. McClintock
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006

MARTHA COAKLEY
ATTORNEY GENERAL OF THE
COMMONWEALTH OF
MASSACHUSETTS
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

LORI SWANSON
ATTORNEY GENERAL OF THE STATE
OF MINNESOTA
Carla Heyl
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101

KELLY A. AYOTTE
ATTORNEY GENERAL OF THE STATE
OF NEW HAMPSHIRE
Maureen D. Smith
Senior Assistant Attorney General
New Hampshire Office of the Attorney
General
33 Capitol Street
Concord, New Hampshire 03301-6397

ANNE MILGRAM
ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY
Michael Schuit
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093

SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Robert A. Reiley
Assistant Counsel
Pennsylvania Department of Environmental
Protection
400 Market Street
Harrisburg, Pennsylvania 17105

WILLIAM H. SORRELL
ATTORNEY GENERAL OF THE STATE
OF VERMONT
Kevin O. Leske
Assistant Attorney General
Vermont Office of Attorney General
109 State Street
Montpelier, Vermont 05609-1001

_/s/ Andrew G. Frank_
Andrew G. Frank