UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

February 15, 2008

Andrew G. Frank, Esq.
Assistnat Attorney General
120 Broadway
New York, NY 10271

Sarah E. Light, Esq.
Assistant United States Attorney
86 Chambers St.
New York, NY 10007

Re:  *State of New York, et al., v. Johnson, et al.,*
     **No. 07 Civ. 10632(BSJ) (DF)**

Dear Counsel:

Judge Jones has referred this case to me for general pretrial supervision, and I have scheduled an initial case management conference for March 19, 2008, at 11:30 a.m. Please note that your Rule 26(f) report should be submitted to my chambers no later than March 14, 2008.

At the case management conference, I will set deadlines for:

(1) joining other parties and amending the pleadings;

(2) service of initial document requests and interrogatories;

(3) completion of fact discovery; and

(4) completion of expert discovery, if any.

Please discuss this scheduling with each other in advance of the conference. Rather than impose arbitrary deadlines, I would much prefer it if you could stipulate to a schedule that you