ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STATE OF NEW YORK, STATE OF ARIZONA,  :
STATE OF CALIFORNIA, STATE OF         :
CONNECTICUT, STATE OF ILLINOIS,       :
STATE OF MAINE, COMMONWEALTH OF       :
MASSACHUSETTS, STATE OF MINNESOTA,    :
STATE OF NEW HAMPSHIRE, STATE OF      :
NEW JERSEY, COMMONWEALTH OF           :
PENNSYLVANIA, DEPARTMENT OF           :
ENVIRONMENTAL PROTECTION, and         :
STATE OF VERMONT,                     :
                                      :
             Plaintiffs,             :
                                      :
       v.                          :
                                      :   07 Civ. 10632 (BSJ) (DCF)
                                      :
STEPHEN L. JOHNSON, in his official capacity :
As Administrator of the U.S. Environmental   :
Protection Agency, and the U.S.              :   ~~PROPOSED~~
ENVIRONMENTAL PROTECTION AGENCY,             :   **SCHEDULING ORDER**
                                             :
             Defendants.             :
------------------------------------------------------------x

It is hereby ORDERED that:

    1.    Defendants Stephen L. Johnson and the United States Environmental Protection Agency (collectively, "EPA"), shall file and serve the Administrative Record in this matter on or before April 21, 2008. EPA may file and serve the Administrative Record in electronic format (on Compact Disc), with the index and certification in hard copy format.

    2.    ~~No joinder of parties or amendment of pleadings may occur after June 6, 2008.~~ *Parties may move to amend the pleadings and/or to join additional parties no later than June 6, 2008.*

1

3. Motions regarding the Administrative Record shall be filed and served on or before June 6, 2008. *The parties may submit letter briefs to the Court in lieu of formal motions.* /s/

4. The Plaintiffs reserve their rights to file, and the EPA reserves its rights to contest, an additional motion regarding the Administrative Record after June 6, 2008, based on the Court's resolution of any motions described in paragraph 3, above.

5. Within 15 days after the Court's resolution of all motions regarding the Administrative Record described in paragraphs 3 and 4, the parties shall submit a proposed briefing schedule for dispositive motions.

SO ORDERED: 3/19/08

_____
UNITED STATES MAGISTRATE JUDGE

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**

2