UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STATE OF NEW YORK, *et al.*,

                 Plaintiffs,

        -against-

STEPHEN L. JOHNSON, *et al.*,

                 Defendants.

-------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

## ORDER GRANTING MOTION TO
## ADMIT CARLA HEYL AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules

of the United States District Courts for the Southern and Eastern Districts of New York to admit

Carla Heyl, an attorney admitted to practice in the State of Minnesota, as counsel *pro hac vice* for

plaintiff State of Minnesota in this action, and the Court having considered said motion, it is

hereby

ORDERED that the motion is granted and that Carla Heyl is hereby admitted as counsel

*pro hac vice* for plaintiff State of Minnesota in this action.  Andrew G. Frank, Assistant Attorney

General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of

the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
     this _16th_ day of _April_, 2008.

                                _____
                        THE HONORABLE BARBARA S. JONES
                        UNITED STATES DISTRICT JUDGE