MICHAEL J. GARCIA                                                          ECF CASE
United States Attorney for the
Southern District of New York
By: SARAH E. LIGHT
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York  10007
Telephone:  (212) 637-2774
Facsimile:  (212) 637-2686
Email: sarah.light@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STATE OF NEW YORK, STATE OF ARIZONA,           :
STATE OF CALIFORNIA, STATE OF                  :
CONNECTICUT, STATE OF ILLINOIS,                :
STATE OF MAINE, COMMONWEALTH OF                :
MASSACHUSETTS, STATE OF MINNESOTA,             :
STATE OF NEW HAMPSHIRE, STATE OF               :
NEW JERSEY, COMMONWEALTH OF                    :
PENNSYLVANIA, DEPARTMENT OF                    :
ENVIRONMENTAL PROTECTION, and                  :
STATE OF VERMONT,                              :
                                               :
                Plaintiffs,                    :
                                               :
        v.                                     :
                                               :   07 Civ. 10632 (BSJ) (DCF)
                                               :
STEPHEN L. JOHNSON, in his official capacity   :
As Administrator of the U.S. Environmental     :   **NOTICE OF FILING OF**
Protection Agency, and the U.S.                :   **ADMINISTRATIVE RECORD**
ENVIRONMENTAL PROTECTION AGENCY,               :
                                               :
                Defendants.                    :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that on April 21, 2008, Defendants Stephen L. Johnson and the

United States Environmental Protection Agency (collectively, "EPA"), by their attorney Michael

J. Garcia, United States Attorney for the Southern District of New York, filed with the Court the

Index to the Certified Administrative Record (in hard copy format), the Administrative Record on two CD-ROMs, and the attached Certification of Administrative Record by Michael P. Flynn.

Dated: New York, New York
     April 21, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendants

By:   _/s/_____
        SARAH E. LIGHT
        Assistant United States Attorney
        86 Chamber Street, 3rd Floor
        New York, New York 10004
        Telephone: (212) 637-2774
        Facsimile: (212) 637-2686
        Email: sarah.light@usdoj.gov

MICHAEL J. GARCIA                                                              ECF CASE
United States Attorney for the
Southern District of New York
By: SARAH E. LIGHT
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Telephone: (212) 637-2774
Facsimile: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STATE OF NEW YORK, STATE OF ARIZONA,    :
STATE OF CALIFORNIA, STATE OF           :
CONNECTICUT, STATE OF ILLINOIS,         :
STATE OF MAINE, COMMONWEALTH OF         :
MASSACHUSETTS, STATE OF MINNESOTA,      :
STATE OF NEW HAMPSHIRE, STATE OF        :
NEW JERSEY, COMMONWEALTH OF             :
PENNSYLVANIA, DEPARTMENT OF             :
ENVIRONMENTAL PROTECTION, and           :
STATE OF VERMONT,                       :
                                        :
                Plaintiffs,             :
                                        :
        v.                              :
                                        :   07 Civ. 10632 (BSJ)
                                        :
STEPHEN L. JOHNSON, in his official capacity :
As Administrator of the U.S. Environmental   :   **CERTIFICATION OF**
Protection Agency, and the U.S.              :   **RECORD**
ENVIRONMENTAL PROTECTION AGENCY,             :
                                        :
                Defendants.             :
------------------------------------------------------------x

CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

The U.S. Environmental Protection Agency ("EPA") hereby certifies that the

materials described in the attached index constitute the complete Administrative Record

related to EPA's Burden Reduction Rule, published at 71 Fed. Reg. 76932. EPA is

providing the record documents in electronic format on compact disc; should technical difficulty arise in accessing any document, EPA will promptly provide assistance. A copy of the Administrative Record is available for inspection at Room 3334, West Building, 1301 Constitution Avenue, NW., Washington, DC 20460. Other than copyrighted materials, the Administrative Record is also available at regulations.gov under Docket ID EPA-HQ-TRI-2005-0073. For further information, contact the Office of Environmental Information (OEI) Docket at (202) 566-1752.

By the Environmental Protection Agency:

In witness whereof I have subscribed my name this 31 day of March 2008 at Washington, DC.

Michael P. Flynn
Director
Office of Information Analysis and Access
Office of Environmental Information
U.S. Environmental Protection Agency