**CERTIFICATE OF SERVICE**

       I, Sarah E. Light, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 21, 2008, I caused a copy of the foregoing Certified Index to the Administrative Record (hard copy) and Administrative Record (2 CDs) to be mailed to the following counsel by First Class Mail:

Dated:  New York, New York
         April 21, 2008

                              By:____/s/_____
                              SARAH E. LIGHT, Assistant United States Attorney
                              Tel. No.:  (212) 637-2774

To:    <u>By First Class Mail</u>
**Andrew Gerard Frank**
New York State Office of the Attorney General
120 Broadway
New York, NY 10271

**James T. Skardon**
Arizona Attorney General's Office
1275 West Washington St.
Phoenix, AZ 85007

**James R. Potter**
California Department of Justice
Civil Division , Sr. Deputy Atty. General
300 South Spring Street, Suite 702
Los Angeles, CA 90013-1230

**Mary Kathryn Lenehan**, **Matthew Levine**
Connecticut Office of the Attorney General
55 Elm Street
Hartford, CT 06106

**Carla Heyl**
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101

**Lisa Madigan**
Attorney General of the State of Illinois
Gerald T. Karr, Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800

Chicago, IL 60602

**Martha Coakley**
Attorney General of the Commonwealth of Massachusetts
I. Andrew Goldberg, Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108

**G. Steven Rowe**
Attorney General of the State of Maine
Janet M. McClintock, Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006

**William H. Sorrell**
Attorney General of the State of Vermont
Kevin O. Leske, Assistant Attorney General
Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001

**Anne Milgram**
Attorney General of the State of New Jersey
Michael Schuit, Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625-0093

**Robert A. Reiley**
Pennsylvania Department of Environmental Protection
400 Market Street
Harrisburg, PA 17105

**Maureen D. Smith**
Attorney General's Office
Environmental Protection Bureau
33 Capitol Street
Concord, NH 03301