**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                Plaintiffs,

-against-

STEPHEN L. JOHNSON, *et al.*,

                Defendants.
------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

**NOTICE OF MOTION
TO ADMIT COUNSEL
MICHAEL J. SCHUIT
*PRO HAC VICE***

MAY 22 2008

    PLEASE TAKE NOTICE that, upon the annexed declaration of movant, Andrew G. Frank, Assistant Attorney General in the Environmental Protection Bureau of the office of Andrew M. Cuomo, Attorney General of the State of New York, in support of this motion, and upon the declaration of Michael J. Schuit, as applicant for admission *pro hac vice*, and upon the certification of good standing of the Supreme Court of New Jersey, the undersigned will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY, 10007, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of said Michael J. Schuit, Deputy Attorney General of the State of New Jersey and a member in good standing of the Bar of the State of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Movant Andrew G. Frank will act as local counsel for the applicant.

Dated: New York, New York
       May 22, 2008

                                                        _____
                                                        Andrew G. Frank
                                                        Assistant Attorney General
                                                        Environmental Protection Bureau
                                                        ANDREW M. CUOMO
                                                        Attorney General of the State of New York
                                                        120 Broadway, 26th Floor
                                                        New York, NY 10271
                                                        Telephone: (212) 416-8271
                                                        Facsimile: (212) 416-6007

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STATE OF NEW YORK, et al.,                                  :
                                                            :
                          Plaintiffs,                       :
                                                            :   Case No. 1:07-cv-10632-BSJ-DCF
        -against-                                           :
                                                            :
STEPHEN L. JOHNSON, et al.,                                 :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

**ORIGINAL**

## DECLARATION OF ANDREW G. FRANK IN SUPPORT OF MOTION TO ADMIT MICHAEL J. SCHUIT AS COUNSEL *PRO HAC VICE*

Andrew G. Frank, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I was so admitted on February 1, 2000.

2. I am currently employed as an Assistant Attorney General of the Environmental Protection Bureau of the Office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action.

3. I make this declaration in support of the motion to admit Michael J. Schuit, an attorney admitted to practice in the State of New Jersey, as counsel *pro hac vice* for plaintiff State of New Jersey in this action.

4. As set forth in the annexed declaration of Michael J. Schuit and the exhibit thereto:

    (i) Michael J. Schuit is a member in good standing of the Bar of the State of New Jersey.

(ii) There are no pending disciplinary proceedings against Michael J. Schuit in any State or Federal Court.

5. I agree to act as local counsel to the applicant for admission *pro hac vice* during the pendency of this action. My address is: Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271. My telephone number is (212) 416-8271 and my fax number is (212) 416-6007. My e-mail address is andrew.frank@oag.state.ny.us.

6. The required fee of $25.00 accompanies this motion in accordance with the Local Rules of this Court.

7. A proposed Order granting this motion is annexed hereto.

8. No previous application has been made for the relief sought in this motion.

WHEREFORE I respectfully request that Michael J. Schuit be admitted as counsel *pro hac vice* for plaintiff State of New Jersey in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           May 22, 2008

*/s/ A+ G. Frank*
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

```
UNITED STATES DISTRICT COURT                              ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
STATE OF NEW YORK, et al.,                                 :
                                                           :     Case No. 1:07-cv-10632-BSJ-DCF
                                   Plaintiffs,             :
                                                           :
            -against-                                      :     CERTIFICATE OF SERVICE
                                                           :
STEPHEN L. JOHNSON, et al.,                                :
                                                           :
                                   Defendants.             :
                                                           :
-----------------------------------------------------------X
```

      I hereby certify that I caused to be served a copy of the Motion to Admit Counsel Michael J. Schuit *Pro Hac Vice* in this action, along with the two accompanying declarations and the proposed order granting the motion, by United States First Class Mail this 22nd day of May, 2008 on the following attorneys:

<u>Counsel for Defendants</u>

  Sarah E. Light
  Assistant United States Attorney
  Office of the United States Attorney
    for the Southern District of New York
  86 Chambers Street, 3rd Floor
  New York, New York  10007

<u>Counsel for Plaintiffs</u>

| | |
|---|---|
| TERRY GODDARD, | EDMUND G. BROWN JR., |
| ATTORNEY GENERAL OF THE STATE | ATTORNEY GENERAL OF THE STATE |
| OF ARIZONA | OF CALIFORNIA |
| James T. Skardon | James R. Potter |
| Assistant Attorney General | Deputy Attorney General |
| Arizona Office of the Attorney General | California Office of the Attorney General |
| 1275 West Washington Street | 300 South Spring Street |
| Phoenix, Arizona  85007 | Los Angeles, California  90013-1230 |

RICHARD BLUMENTHAL  
ATTORNEY GENERAL OF THE STATE  
OF CONNECTICUT  
Mary K. Lenehan  
Assistant Attorney General  
Connecticut Office of the Attorney General  
55 Elm Street, P.O. Box 120  
Hartford, Connecticut  06141-0120  

G. STEVEN ROWE  
ATTORNEY GENERAL OF THE STATE  
OF MAINE  
Janet M. McClintock  
Assistant Attorney General  
Maine Office of the Attorney General  
6 State House Station  
Augusta, Maine  04333-0006  

LORI SWANSON  
ATTORNEY GENERAL OF THE STATE  
OF MINNESOTA  
Carla Heyl  
Assistant Attorney General  
Minnesota Office of the Attorney General  
900 Bremer Tower  
445 Minnesota Street  
St. Paul, Minnesota  55101  

ANNE MILGRAM  
ATTORNEY GENERAL OF THE STATE  
OF NEW JERSEY  
Michael Schuit  
Deputy Attorney General  
New Jersey Office of the Attorney General  
Richard J. Hughes Justice Complex  
25 Market Street, P.O. Box 093  
Trenton, New Jersey  08625-0093  

LISA MADIGAN  
ATTORNEY GENERAL OF THE STATE  
OF ILLINOIS  
Gerald T. Karr  
Senior Assistant Attorney General  
Illinois Attorney General's Office  
69 West Washington Street, Suite 1800  
Chicago, Illinois  60602  

MARTHA COAKLEY  
ATTORNEY GENERAL OF THE  
COMMONWEALTH OF  
MASSACHUSETTS  
I. Andrew Goldberg  
Assistant Attorney General  
Massachusetts Office of the Attorney General  
One Ashburton Place  
Boston, Massachusetts  02108  

KELLY A. AYOTTE  
ATTORNEY GENERAL OF THE STATE  
OF NEW HAMPSHIRE  
Maureen D. Smith  
Senior Assistant Attorney General  
New Hampshire Office of the Attorney  
General  
33 Capitol Street  
Concord, New Hampshire  03301-6397  

SUSAN SHINKMAN  
CHIEF COUNSEL, COMMONWEALTH  
OF PENNSYLVANIA, DEPARTMENT OF  
ENVIRONMENTAL PROTECTION  
Robert A. Reiley  
Assistant Counsel  
Pennsylvania Department of Environmental  
Protection  
400 Market Street  
Harrisburg, Pennsylvania  17105

WILLIAM H. SORRELL
ATTORNEY GENERAL OF THE STATE
OF VERMONT
Kevin O. Leske
Assistant Attorney General
Vermont Office of Attorney General
109 State Street
Montpelier, Vermont 05609-1001

_____
Andrew G. Frank

ORIGINAL

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br><br>STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>STEPHEN L. JOHNSON, *et al.*,<br><br>　　　　　　　　　　Defendants.<br>------------------------------------------------------------X | Case No. 1:07-cv-10632-BSJ-DCF |

## DECLARATION OF MICHAEL J. SCHUIT
## IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

Michael J. Schuit, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1.　　I am an attorney duly admitted to practice in the State of New Jersey since June 2, 1988.

2.　　I am currently employed as a Deputy Attorney General in the State of New Jersey Office of the Attorney General, where I have been continuously employed since August 1990.

3.　　Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of New Jersey, dated May 8, 2008, reflecting that I am currently a member in good standing of the Bar of the State of New Jersey.

4.　　There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Pursuant to the accompanying motion, I hereby request permission to appear as counsel *pro hac vice* for the State of New Jersey in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is and shall remain local counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/16/08___    _____
                              Michael J. Schuit

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL J SCHUIT** (No. **006071988**) was constituted and appointed an Attorney at Law of New Jersey on **June 02, 1988** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **8TH** day of **May**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
STATE OF NEW YORK, *et al.*, :
 :
                              Plaintiffs, :    Case No. 1:07-cv-10632-BSJ-DCF
 :
        -against- :
 :
STEPHEN L. JOHNSON, *et al.*, :
 :
                              Defendants. :
 :
------------------------------------------------------------X

## ORDER GRANTING MOTION TO
## ADMIT MICHAEL J. SCHUIT AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Michael J. Schuit, an attorney admitted to practice in the State of New Jersey, as counsel *pro hac vice* for plaintiff State of New Jersey in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Michael J. Schuit is hereby admitted as counsel *pro hac vice* for plaintiff State of New Jersey in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
       this _____ day of _____, 2008.

                                                                     _____
                                                                     THE HONORABLE BARBARA S. JONES
                                                                     UNITED STATES DISTRICT JUDGE