IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――――――― X

STATE OF NEW YORK, STATE OF ARIZONA,
STATE OF CALIFORNIA, STATE OF
CONNECTICUT, STATE OF ILLINOIS, STATE
OF MAINE, COMMONWEALTH OF
MASSACHUSETTS, STATE OF MINNESOTA,
STATE OF NEW HAMPSHIRE, STATE OF NEW
JERSEY, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION, and STATE
OF VERMONT,

                Plaintiffs,

                   v.

STEPHEN L. JOHNSON, in his official capacity as
Administrator of the U.S. Environmental Protection
Agency, and the U.S. ENVIRONMENTAL
PROTECTION AGENCY,

                Defendants.

Case No. 1:07 cv 10632 (BSJ) (DCF)

ECF Case

――――――――――――――――――――――――――――――― X

## PLAINTIFFS' MOTION TO SUPPLEMENT
## THE ADMINISTRATIVE RECORD

Plaintiffs the State of New York, the State of Arizona, the State of California, the State of Connecticut, the State of Illinois, the State of Maine, the Commonwealth of Massachusetts, the State of Minnesota, the State of New Hampshire, the State of New Jersey, the Commonwealth of Pennsylvania, Department of Environmental Protection, and the State of Vermont (collectively, the "Plaintiff States") respectfully move this Court to order that the administrative record for review by the Court in this matter be supplemented with the following six documents: EPA's two October 2003 information collection request supporting statements; EPA's September 24,

2003 and January 20, 2004 memoranda discussing the burden estimates found in the two October 2003 information collection request supporting statements; and EPA's two October 2005 information collection request supporting statements.

    For the reasons that this motion should be granted and the documents that are the subject of the motion, the Plaintiff States respectfully refer the Court to the memorandum of law in support of this motion and the exhibits thereto, filed herewith, and the declaration of Andrew G. Frank in support of this motion and the exhibits thereto, filed herewith.

Dated: June 6, 2008

                      Respectfully submitted,

                      ANDREW M. CUOMO,
                      ATTORNEY GENERAL OF
                      THE STATE OF NEW YORK

                      By:  /s/ Andrew G. Frank
                            Andrew G. Frank
                            Assistant Attorney General
                            New York State Office of the Attorney General
                            120 Broadway
                            New York, New York  10271
                            (212) 416-8446
                            andrew.frank@oag.state.ny.us

                      *Counsel for Plaintiff State of New York*

TERRY GODDARD,
ATTORNEY GENERAL OF
THE STATE OF ARIZONA

By:  /s/ James T. Skardon/AGF by permission
    James T. Skardon (admitted *pro hac vice*)
    Assistant Attorney General
    Arizona Office of the Attorney General
    1275 West Washington Street
    Phoenix, Arizona  85007
    (602) 542-8535
    james.skardon@azag.gov

*Counsel for Plaintiff State of Arizona*


EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

By:  /s/ James R. Potter/AGF by permission
    James R. Potter  (admitted *pro hac vice*)
    Deputy Attorney General
    California Office of the Attorney General
    300 South Spring Street
    Los Angeles, California  90013-1230
    (213) 897-2637
    james.potter@doj.ca.gov

*Counsel for Plaintiff State of California*


RICHARD BLUMENTHAL
ATTORNEY GENERAL OF
THE STATE OF CONNECTICUT

By:  /s/ Mary K. Lenehan/AGF by permission
    Mary K. Lenehan
    Assistant Attorney General
    Connecticut Office of the Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, Connecticut  06141-0120
    (860) 808-5250
    mary.lenehan@po.state.ct.us

*Counsel for Plaintiff State of Connecticut*

LISA MADIGAN
ATTORNEY GENERAL OF
THE STATE OF ILLINOIS

By: /s/ Gerald T. Karr/AGF by permission
    Gerald T. Karr (admitted *pro hac vice*)
    Senior Assistant Attorney General
    Illinois Attorney General's Office
    69 West Washington Street, Suite 1800
    Chicago, Illinois 60602
    (312) 814-3369
    gkarr@atg.state.il.us

*Counsel for Plaintiff State of Illinois*


G. STEVEN ROWE
ATTORNEY GENERAL OF
THE STATE OF MAINE

By: /s/ Janet M. McClintock/AGF by permission
    Janet M. McClintock (admitted *pro hac vice*)
    Assistant Attorney General
    Maine Office of the Attorney General
    6 State House Station
    Augusta, Maine 04333-0006
    (207) 626-8566
    jan.mcclintock@maine.gov

*Counsel for Plaintiff State of Maine*


MARTHA COAKLEY
ATTORNEY GENERAL OF
THE COMMONWEALTH OF MASSACHUSETTS

By: I. Andrew Goldberg/AGF by permission
    I. Andrew Goldberg
    Assistant Attorney General
    Massachusetts Office of the Attorney General
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200
    andy.goldberg@state.ma.us

*Counsel for Plaintiff Commonwealth of Massachusetts*

LORI SWANSON
ATTORNEY GENERAL OF
THE STATE OF MINNESOTA

By: /s/ Carla Heyl/AGF by permission
    Carla Heyl (admitted *pro hac vice*)
    Assistant Attorney General
    Minnesota Office of the Attorney General
    900 Bremer Tower
    445 Minnesota Street
    St. Paul, Minnesota 55101
    (651) 296-7341
    carla.heyl@state.mn.us

*Counsel for Plaintiff State of Minnesota*


KELLY A. AYOTTE
ATTORNEY GENERAL OF
THE STATE OF NEW HAMPSHIRE

By: /s/ Maureen D. Smith/AGF by permission
    Maureen D. Smith (admitted *pro hac vice*)
    Senior Assistant Attorney General
    New Hampshire Office of the Attorney General
    33 Capitol Street
    Concord, New Hampshire 03301-6397
    (603) 223-6270
    maureen.smith@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

ANNE MILGRAM
ATTORNEY GENERAL OF
THE STATE OF NEW JERSEY

By:  /s/ Michael Schuit/AGF by permission
    Michael Schuit (admitted *pro hac vice*)
    Deputy Attorney General
    New Jersey Office of the Attorney General
    Richard J. Hughes Justice Complex
    25 Market Street, P.O. Box 093
    Trenton, New Jersey  08625-0093
    (609) 633-8109
    michael.schuit@dol.lps.state.nj.us

*Counsel for Plaintiff State of New Jersey*


SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

By:  /s/ Robert A. Reiley/AGF by permission
    Robert A. Reiley (admitted *pro hac vice*)
    Assistant Counsel
    Pennsylvania Department of Environmental
      Protection
    400 Market Street
    Harrisburg, Pennsylvania  17105
    (717) 787-0478
    rreiley@state.pa.us

*Counsel for Plaintiff Commonwealth of Pennsylvania,
Department of Environmental Protection*

WILLIAM H. SORRELL
ATTORNEY GENERAL OF
THE STATE OF VERMONT

By: /s/ Kevin O. Leske/AGF by permission
    Kevin O. Leske (admitted *pro hac vice*)
    Assistant Attorney General
    Vermont Office of the Attorney General
    109 State Street
    Montpelier, Vermont 05609-1001
    (802) 828-6902
    kleske@atg.state.vt.us

*Counsel for Plaintiff State of Vermont*