IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and STATE OF VERMONT,

                Plaintiffs,

v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

                Defendants.

Case No. 1:07 cv 10632 (BSJ) (DCF)

ECF Case

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2008, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3), I caused to be served a copy of the following documents:

1. The Stipulation and Order Regarding the Plaintiff States' First Amended Complaint;

2. The Stipulation and Order Regarding Briefing Schedule for Plaintiffs' Motion to Supplement the Administrative Record;

3. Plaintiffs' Motion to Supplement the Administrative Record;

4. Plaintiffs' Memorandum of Law in Support of Their Motion to Supplement the Administrative Record, with three exhibits; and

     5.     The Declaration of Andrew G. Frank in Support of Plaintiffs' Motion to Supplement the Administrative Record, with six exhibits;

by e-mail on all of the following attorneys at the addresses indicated, and also by the Court's electronic notice system on those attorneys indicated by an asterisk:

<u>Counsel for Defendants</u>

Sarah E. Light*
Assistant United States Attorney
Office of the United States Attorney
  for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York  10007
*sarah.light@usdoj.gov*

<u>Counsel for Plaintiffs</u>

TERRY GODDARD,
ATTORNEY GENERAL OF THE STATE
OF ARIZONA
James T. Skardon
Assistant Attorney General
Arizona Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona  85007
*james.skardon@azag.gov*

EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF THE STATE
OF CALIFORNIA
James R. Potter*
Deputy Attorney General
California Office of the Attorney General
300 South Spring Street
Los Angeles, California  90013-1230
*james.potter@doj.ca.gov*

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT
Mary K. Lenehan*
Assistant Attorney General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut  06141-0120
*mary.lenehan@po.state.ct.us*

LISA MADIGAN
ATTORNEY GENERAL OF THE STATE
OF ILLINOIS
Gerald T. Karr
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois  60602
*gkarr@atg.state.il.us*

G. STEVEN ROWE
ATTORNEY GENERAL OF THE STATE
OF MAINE
Janet M. McClintock*
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine  04333-0006
*jan.mcclintock@maine.gov*

MARTHA COAKLEY
ATTORNEY GENERAL OF THE
COMMONWEALTH OF
MASSACHUSETTS
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts  02108
*andy.goldberg@state.ma.us*

LORI SWANSON
ATTORNEY GENERAL OF THE STATE
OF MINNESOTA
Carla Heyl
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota  55101
*carla.heyl@state.mn.us*

KELLY A. AYOTTE
ATTORNEY GENERAL OF THE STATE
OF NEW HAMPSHIRE
Maureen D. Smith
Senior Assistant Attorney General
New Hampshire Office of the Attorney General
33 Capitol Street
Concord, New Hampshire  03301-6397
*maureen.smith@doj.nh.gov*

ANNE MILGRAM
ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY
Michael Schuit
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey  08625-0093
*michael.schuit@dol.lps.state.nj.us*

SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Robert A. Reiley*
Assistant Counsel
Pennsylvania Department of Environmental Protection
400 Market Street
Harrisburg, Pennsylvania  17105
*rreiley@state.pa.us*

WILLIAM H. SORRELL
ATTORNEY GENERAL OF THE STATE
OF VERMONT
Kevin O. Leske*
Assistant Attorney General
Vermont Office of Attorney General
109 State Street
Montpelier, Vermont 05609-1001
*kleske@atg.state.vt.us*

                                              /s/ Andrew G. Frank
                                              Andrew G. Frank
                                              Assistant Attorney General
                                              New York State Office of the Attorney
                                                General
                                              120 Broadway
                                              New York, NY  10271
                                              (212) 416-8271
                                              *andrew.frank@oag.state.ny.us*