*Freeman, mtg*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

STATE OF NEW YORK, STATE OF ARIZONA,
STATE OF CALIFORNIA, STATE OF
CONNECTICUT, STATE OF ILLINOIS, STATE
OF MAINE, COMMONWEALTH OF
MASSACHUSETTS, STATE OF MINNESOTA,
STATE OF NEW HAMPSHIRE, STATE OF NEW
JERSEY, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION, and STATE
OF VERMONT,

                Plaintiffs,

        v.

STEPHEN L. JOHNSON, in his official capacity as
Administrator of the U.S. Environmental Protection
Agency, and the U.S. ENVIRONMENTAL
PROTECTION AGENCY,

                Defendants.

———————————————————————— X

Case No. 1:07 cv 10632 (BSJ) (DCF)

ECF Case

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

    Plaintiffs the State of New York, the State of Arizona, the State of California, the State of

Connecticut, the State of Illinois, the State of Maine, the Commonwealth of Massachusetts, the

State of Minnesota, the State of New Hampshire, the State of New Jersey, the Commonwealth of

Pennsylvania, Department of Environmental Protection, and the State of Vermont (collectively,

the "Plaintiff States") and defendants Stephen L. Johnson, as Administrator of the U.S.

Environmental Protection Agency, and the U.S. Environmental Protection Agency (collectively,

"EPA"), by their attorneys, respectfully submit this stipulation of the parties and order regarding

a schedule for briefing the Plaintiff States' Motion to Supplement the Administrative Record (the "Motion to Supplement").

1.    Pursuant to the Court's March 19, 2008 scheduling order, the Plaintiff States are filing the Motion to Supplement on June 6, 2008.

2.    EPA shall file and serve its answering papers on the Motion to Supplement no later than July 3, 2008.

3.    The Plaintiff States shall file and serve their reply papers on the Motion to Supplement no later than July 23, 2008.

Dated: June 6, 2008

Respectfully submitted,

*For the Plaintiffs*:

ANDREW M. CUOMO,
ATTORNEY GENERAL OF
THE STATE OF NEW YORK

By: _A⊥ G. RL_____

Andrew G. Frank
Assistant Attorney General
New York State Office of
  the Attorney General
120 Broadway
New York, New York  10271
(212) 416-8446
andrew.frank@oag.state.ny.us

*Counsel for Plaintiff State of New York*

*For the Defendants*:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By:_____

Sarah E. Light
Assistant United States Attorney
Office of the United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
(212) 637-2774
sarah.light@usdoj.gov

*Counsel for Defendants Stephen L. Johnson
and U.S. Environmental Protection Agency*

2

a schedule for briefing the Plaintiff States' Motion to Supplement the Administrative Record (the "Motion to Supplement").

    1.    Pursuant to the Court's March 19, 2008 scheduling order, the Plaintiff States are filing the Motion to Supplement on June 6, 2008.

    2.    EPA shall file and serve its answering papers on the Motion to Supplement no later than July 3, 2008.

    3.    The Plaintiff States shall file and serve their reply papers on the Motion to Supplement no later than July 23, 2008.

Dated: June 6, 2008

Respectfully submitted,

*For the Plaintiffs*:

ANDREW M. CUOMO,
ATTORNEY GENERAL OF
THE STATE OF NEW YORK


By:_____
    Andrew G. Frank
    Assistant Attorney General
    New York State Office of
      the Attorney General
    120 Broadway
    New York, New York 10271
    (212) 416-8446
    andrew.frank@oag.state.ny.us

*Counsel for Plaintiff State of New York*

*For the Defendants*:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK


By:_____
    Sarah E. Light
    Assistant United States Attorney
    Office of the United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    (212) 637-2774
    sarah.light@usdoj.gov

*Counsel for Defendants Stephen L. Johnson
and U.S. Environmental Protection Agency*

TERRY GODDARD,
ATTORNEY GENERAL OF
THE STATE OF ARIZONA

By: _James T. Skardon / AbF by permission_
　　James T. Skardon (admitted *pro hac vice*)
　　Assistant Attorney General
　　Arizona Office of the Attorney General
　　1275 West Washington Street
　　Phoenix, Arizona 85007
　　(602) 542-8535
　　james.skardon@azag.gov

*Counsel for Plaintiff State of Arizona*

EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

By: _James R. Potter / AbF by permission_
　　James R. Potter (admitted *pro hac vice*)
　　Deputy Attorney General
　　California Office of
　　　the Attorney General
　　300 South Spring Street
　　Los Angeles, California 90013-1230
　　(213) 897-2637
　　james.potter@doj.ca.gov

*Counsel for Plaintiff State of California*

3

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF
THE STATE OF CONNECTICUT

By:___Mary K. Lenehan /AbE by permission
  Mary K. Lenehan
  Assistant Attorney General
  Connecticut Office of the Attorney General
  55 Elm Street, P.O. Box 120
  Hartford, Connecticut  06141-0120
  (860) 808-5250
  mary.lenehan@po.state.ct.us

*Counsel for Plaintiff State of Connecticut*


LISA MADIGAN
ATTORNEY GENERAL OF
THE STATE OF ILLINOIS

By:___Gerald T. Karr /AbE by permission
  Gerald T. Karr (admitted *pro hac vice*)
  Senior Assistant Attorney General
  Illinois Attorney General's Office
  69 West Washington Street, Suite 1800
  Chicago, Illinois  60602
  (312) 814-3369
  gkarr@atg.state.il.us

*Counsel for Plaintiff State of Illinois*

G. STEVEN ROWE
ATTORNEY GENERAL OF
THE STATE OF MAINE

By: _Janet M. McClintock /AzF by permission_
     Janet M. McClintock (admitted *pro hac vice*)
     Assistant Attorney General
     Maine Office of the Attorney General
     6 State House Station
     Augusta, Maine  04333-0006
     (207) 626-8566
     jan.mcclintock@maine.gov

*Counsel for Plaintiff State of Maine*


MARTHA COAKLEY
ATTORNEY GENERAL OF
THE COMMONWEALTH OF MASSACHUSETTS

By: _I. Andrew Goldberg /AzF by permission_
     I. Andrew Goldberg
     Assistant Attorney General
     Massachusetts Office of the Attorney General
     One Ashburton Place
     Boston, Massachusetts  02108
     (617) 727-2200
     andy.goldberg@state.ma.us

*Counsel for Plaintiff Commonwealth of Massachusetts*

LORI SWANSON
ATTORNEY GENERAL OF
THE STATE OF MINNESOTA

By: _Carla Heyl /AzF by permission_
Carla Heyl (admitted *pro hac vice*)
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101
(651) 296-7341
carla.heyl@state.mn.us

*Counsel for Plaintiff State of Minnesota*

KELLY A. AYOTTE
ATTORNEY GENERAL OF
THE STATE OF NEW HAMPSHIRE

By: _Maureen D. Smith /AzF by permission_
Maureen D. Smith (admitted *pro hac vice*)
Senior Assistant Attorney General
New Hampshire Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 223-6270
maureen.smith@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

6

ANNE MILGRAM
ATTORNEY GENERAL OF
THE STATE OF NEW JERSEY


By: _Michael Schuit /ACF by pdmission_

Michael Schuit (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093
(609) 633-8109
michael.schuit@dol.lps.state.nj.us

*Counsel for Plaintiff State of New Jersey*


SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION


By: _Robert A Reiley /AbF by permission_

Robert A. Reiley (admitted *pro hac vice*)
Assistant Counsel
Pennsylvania Dept. of Environmental Protection
400 Market Street
Harrisburg, Pennsylvania 17105
(717) 787-0478
rreiley@state.pa.us

*Counsel for Plaintiff Commonwealth of Pennsylvania, Department of Environmental Protection*

WILLIAM H. SORRELL
ATTORNEY GENERAL OF
THE STATE OF VERMONT

By: _Kevin O. Leske /AvF by permission_
    Kevin O. Leske (admitted *pro hac vice*)
    Assistant Attorney General
    Vermont Office of the Attorney General
    109 State Street
    Montpelier, Vermont 05609-1001
    (802) 828-6902
    kleske@atg.state.vt.us

*Counsel for Plaintiff State of Vermont*

SO ORDERED: 6/18/08

The Honorable Debra Freeman
United States Magistrate Judge

8