IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and STATE OF VERMONT,

                Plaintiffs,

        v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

                Defendants.

---------------------------------------------------------X

Case No. 1:07 cv 10632 (BSJ) (DCF)

ECF Case

**STIPULATION AND ORDER REGARDING**
**THE PLAINTIFF STATES' FIRST AMENDED COMPLAINT**

Plaintiffs the State of New York, the State of Arizona, the State of California, the State of Connecticut, the State of Illinois, the State of Maine, the Commonwealth of Massachusetts, the State of Minnesota, the State of New Hampshire, the State of New Jersey, the Commonwealth of Pennsylvania, Department of Environmental Protection, and the State of Vermont (collectively, the "Plaintiff States"), proposed plaintiff the State of Rhode Island ("Rhode Island"), and defendants Stephen L. Johnson, as Administrator of the U.S. Environmental Protection Agency, and the U.S. Environmental Protection Agency (collectively, "EPA"), by their attorneys,

respectfully submit this stipulation of the parties and order regarding the Plaintiffs States' First Amended Complaint.

1. The Plaintiff States and Rhode Island wish to file a First Amended Complaint in this action for two reason: first, to add Rhode Island as a plaintiff, and second, to revise certain allegations made in the eleventh claim of the original Complaint, Docket Item 1. A copy of the First Amended Complaint is attached as Exhibit A to this stipulation.

2. EPA consents to the filing of the First Amended Complaint.

3. Upon the Court's signature and entry of this Stipulation, the Plaintiff States and Rhode Island as an additional plaintiff may file the First Amended Complaint.

4. EPA shall have ten business days from the date of service of the First Amended Complaint to file its Answer to that amended pleading.

Dated: June 6, 2008

Respectfully submitted,

| For the Plaintiffs: | For the Defendants: |
|---|---|
| ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK | MICHAEL J. GARCIA UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK |
| By: /s/ A.G.F. | By: _____ |
| Andrew G. Frank Assistant Attorney General New York State Office of the Attorney General 120 Broadway New York, New York 10271 (212) 416-8446 andrew.frank@oag.state.ny.us | Sarah E. Light Assistant United States Attorney Office of the United States Attorney 86 Chambers Street, 3rd Floor New York, New York 10007 (212) 637-2774 sarah.light@usdoj.gov |
| *Counsel for Plaintiff State of New York* | *Counsel for Defendants Stephen L. Johnson and U.S. Environmental Protection Agency* |

respectfully submit this stipulation of the parties and order regarding the Plaintiffs States' First Amended Complaint.

1. The Plaintiff States and Rhode Island wish to file a First Amended Complaint in this action for two reason: first, to add Rhode Island as a plaintiff, and second, to revise certain allegations made in the eleventh claim of the original Complaint, Docket Item 1. A copy of the First Amended Complaint is attached as Exhibit A to this stipulation.

2. EPA consents to the filing of the First Amended Complaint.

3. Upon the Court's signature and entry of this Stipulation, the Plaintiff States and Rhode Island as an additional plaintiff may file the First Amended Complaint.

4. EPA shall have ten business days from the date of service of the First Amended Complaint to file its Answer to that amended pleading.

Dated: June 6, 2008

Respectfully submitted,

*For the Plaintiffs*:

ANDREW M. CUOMO,
ATTORNEY GENERAL OF
THE STATE OF NEW YORK

By:_____
Andrew G. Frank
Assistant Attorney General
New York State Office of
  the Attorney General
120 Broadway
New York, New York  10271
(212) 416-8446
andrew.frank@oag.state.ny.us

*Counsel for Plaintiff State of New York*

*For the Defendants*:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: /s/ Sarah E. Light
Sarah E. Light
Assistant United States Attorney
Office of the United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
(212) 637-2774
sarah.light@usdoj.gov

*Counsel for Defendants Stephen L. Johnson
and U.S. Environmental Protection Agency*

*For Proposed Plaintiff:*

TERRY GODDARD,
ATTORNEY GENERAL OF
THE STATE OF ARIZONA

By: *James T. Skardon /AbF by permission*
James T. Skardon (admitted *pro hac vice*)
Assistant Attorney General
Arizona Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007
(602) 542-8535
james.skardon@azag.gov

*Counsel for Plaintiff State of Arizona*

PATRICK C. LYNCH
ATTORNEY GENERAL OF
THE STATE OF RHODE ISLAND

By: *Tricia K. Jedele /AbF by permission*
Tricia K. Jedele[1]
Special Assistant Attorney General and
   Environmental Advocate
Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400, Ext. 2400
tjedele@riag.ri.gov

*Counsel for Proposed Plaintiff State of Rhode Island*

EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

By: *James R. Potter /AbF by permission*
James R. Potter (admitted *pro hac vice*)
Deputy Attorney General
California Office of
  the Attorney General
300 South Spring Street
Los Angeles, California 90013-1230
(213) 897-2637
james.potter@doj.ca.gov

*Counsel for Plaintiff State of California*

---

[1] Motion for admission *pro hac vice* to be filed shortly.

3

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF
THE STATE OF CONNECTICUT

By: *Mary K Lenehan /AbF by permission*
Mary K. Lenehan
Assistant Attorney General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120
(860) 808-5250
mary.lenehan@po.state.ct.us

*Counsel for Plaintiff State of Connecticut*


LISA MADIGAN
ATTORNEY GENERAL OF
THE STATE OF ILLINOIS

By: *Gerald T. Karr /AbF by permission*
Gerald T. Karr (admitted *pro hac vice*)
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
(312) 814-3369
gkarr@atg.state.il.us

*Counsel for Plaintiff State of Illinois*

4

G. STEVEN ROWE
ATTORNEY GENERAL OF
THE STATE OF MAINE

By: *Janet M. McClintock /AGF by permission*
   Janet M. McClintock (admitted *pro hac vice*)
   Assistant Attorney General
   Maine Office of the Attorney General
   6 State House Station
   Augusta, Maine 04333-0006
   (207) 626-8566
   jan.mcclintock@maine.gov

*Counsel for Plaintiff State of Maine*


MARTHA COAKLEY
ATTORNEY GENERAL OF
THE COMMONWEALTH OF MASSACHUSETTS

By: *I. Andrew Goldberg /AGF by permission*
   I. Andrew Goldberg
   Assistant Attorney General
   Massachusetts Office of the Attorney General
   One Ashburton Place
   Boston, Massachusetts 02108
   (617) 727-2200
   andy.goldberg@state.ma.us

*Counsel for Plaintiff Commonwealth of Massachusetts*

LORI SWANSON
ATTORNEY GENERAL OF
THE STATE OF MINNESOTA

By: _Carla Heyl / AtF by permission_
  Carla Heyl (admitted *pro hac vice*)
  Assistant Attorney General
  Minnesota Office of the Attorney General
  900 Bremer Tower
  445 Minnesota Street
  St. Paul, Minnesota 55101
  (651) 296-7341
  carla.heyl@state.mn.us

*Counsel for Plaintiff State of Minnesota*

KELLY A. AYOTTE
ATTORNEY GENERAL OF
THE STATE OF NEW HAMPSHIRE

By: _Maureen D Smith / AtF by permission_
  Maureen D. Smith (admitted *pro hac vice*)
  Senior Assistant Attorney General
  New Hampshire Office of the Attorney General
  33 Capitol Street
  Concord, New Hampshire 03301-6397
  (603) 223-6270
  maureen.smith@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

ANNE MILGRAM
ATTORNEY GENERAL OF
THE STATE OF NEW JERSEY

By: ___Michael Schuit /AbF by permission___
    Michael Schuit (admitted *pro hac vice*)
    Deputy Attorney General
    New Jersey Office of the Attorney General
    Richard J. Hughes Justice Complex
    25 Market Street, P.O. Box 093
    Trenton, New Jersey 08625-0093
    (609) 633-8109
    michael.schuit@dol.lps.state.nj.us

*Counsel for Plaintiff State of New Jersey*


SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

By: ___Robert A. Reiley /AbF by permission___
    Robert A. Reiley (admitted *pro hac vice*)
    Assistant Counsel
    Pennsylvania Dept. of Environmental Protection
    400 Market Street
    Harrisburg, Pennsylvania 17105
    (717) 787-0478
    rreiley@state.pa.us

*Counsel for Plaintiff Commonwealth of Pennsylvania, Department of Environmental Protection*

WILLIAM H. SORRELL
ATTORNEY GENERAL OF
THE STATE OF VERMONT


By: *Kevin O. Leske /AvF by permission*
Kevin O. Leske (admitted *pro hac vice*)
Assistant Attorney General
Vermont Office of the Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-6902
kleske@atg.state.vt.us

*Counsel for Plaintiff State of Vermont*



SO ORDERED: 6/18/08

_____
The Honorable Debra Freeman
United States Magistrate Judge

8