**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
STATE OF NEW YORK, *et al.*,                :   Case No. 1:07-cv-10632-BSJ-DCF
:
                 Plaintiffs,         :
:   **NOTICE OF MOTION**
    -against-                                      :   **TO ADMIT COUNSEL**
:   **TRICIA K. JEDELE**
STEPHEN L. JOHNSON, *et al.*,               :   ***PRO HAC VICE***
:
                 Defendants.         :
:
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed declaration of movant, Andrew G. Frank, Assistant Attorney General in the Environmental Protection Bureau of the office of Andrew M. Cuomo, Attorney General of the State of New York, in support of this motion, and upon the declaration of Tricia K. Jedele, as applicant for admission *pro hac vice*, and upon the certification of good standing of the Supreme Court of Rhode Island, the undersigned will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY, 10007, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of said Tricia K. Jedele, Special Assistant Attorney General and Environmental Advocate of the State of Rhode Island and a member in good standing of the Bar of the State of Rhode Island, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Movant Andrew G. Frank will act as local counsel for the applicant.

Dated: New York, New York
July 10, 2008

_____
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                Plaintiffs,

    -against-

STEPHEN L. JOHNSON, *et al.*,

                Defendants.
------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

### DECLARATION OF ANDREW G. FRANK IN SUPPORT OF MOTION TO ADMIT TRICIA K. JEDELE AS COUNSEL *PRO HAC VICE*

Andrew G. Frank, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I was so admitted on February 1, 2000.

2. I am currently employed as an Assistant Attorney General of the Environmental Protection Bureau of the Office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for plaintiff State of New York in this action.

3. I make this declaration in support of the motion to admit Tricia K. Jedele, an attorney admitted to practice in the State of Rhode Island, as counsel *pro hac vice* for plaintiff State of Rhode Island in this action.

4. As set forth in the annexed declaration of Tricia K. Jedele and the exhibit thereto:

    (i) Tricia K. Jedele is a member in good standing of the Bar of the State of Rhode Island.

(ii) There are no pending disciplinary proceedings against Tricia K. Jedele in any State or Federal Court.

5. I agree to act as local counsel to the applicant for admission *pro hac vice* during the pendency of this action. My address is: Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271. My telephone number is (212) 416-8271 and my fax number is (212) 416-6007. My e-mail address is andrew.frank@oag.state.ny.us.

6. The required fee of $25.00 accompanies this motion in accordance with the Local Rules of this Court.

7. A proposed Order granting this motion is annexed hereto.

8. No previous application has been made for the relief sought in this motion.

WHEREFORE I respectfully request that Tricia K. Jedele be admitted as counsel *pro hac vice* for plaintiff State of Rhode Island in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         July 10, 2008

_____
Andrew G. Frank
Assistant Attorney General
Environmental Protection Bureau
ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY 10271
Telephone: (212) 416-8271
Facsimile: (212) 416-6007

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                    Plaintiffs,        Case No. 1:07-cv-10632-BSJ-DCF

-against-

STEPHEN L. JOHNSON, *et al.*,

                    Defendants.
------------------------------------------------------------X

## DECLARATION OF TRICIA K. JEDELE
### IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

Tricia K. Jedele, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney duly admitted to practice in the State of Rhode Island since November 6, 1998.

2. I am currently employed as a Special Assistant Attorney General and Environmental Advocate in the State of Rhode Island Office of the Attorney General, where I have been continuously employed since January 1999.

3. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of Rhode Island, dated June 20, 2008, reflecting that I am currently a member in good standing of the Bar of the State of Rhode Island.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Pursuant to the accompanying motion, I hereby request permission to appear as counsel *pro hac vice* for the State of Rhode Island in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is and shall remain local counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/2/08___                    _____
                                              Tricia K. Jedele

# RHODE ISLAND SUPREME COURT

Office of the Clerk

www.courts.state.ri.us



Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
401-222-3272
Fax: 401-222-3599

TRICIA K. JEDELE
DEPARTMENT OF ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI  02903

      This certifies that TRICIA K. JEDELE of PROVIDENCE, RHODE ISLAND, is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on 06-NOV-1998 admitted to practice in all the Courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

      Given under my hand and the seal of said Supreme Court at Providence, on June 20, 2008.

*Jean Maggiacomo*
CLERK

SU_CERT_GD_STD
June 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
STATE OF NEW YORK, *et al.*,                                  :
                                                              :
                            Plaintiffs,  :   Case No. 1:07-cv-10632-BSJ-DCF
                                                              :
        -against-                                           :
                                                              :
STEPHEN L. JOHNSON, *et al.*,                                 :
                                                              :
                            Defendants.   :
                                                              :
-------------------------------------------------------------X

## ORDER GRANTING MOTION TO
## ADMIT TRICIA K. JEDELE AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Tricia K. Jedele, an attorney admitted to practice in the State of Rhode Island, as counsel *pro hac vice* for plaintiff State of Rhode Island in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Tricia K. Jedele is hereby admitted as counsel *pro hac vice* for plaintiff State of Rhode Island in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
       this _____ day of _____, 2008.

                                                          _____
                                                           THE HONORABLE BARBARA S. JONES
                                                           UNITED STATES DISTRICT JUDGE

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STATE OF NEW YORK, et al.,

                   Plaintiffs,

-against-

STEPHEN L. JOHNSON, et al.,

                   Defendants.

------------------------------------------------------------X

Case No. 1:07-cv-10632-BSJ-DCF

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a copy of the Motion to Admit Counsel Tricia K. Jedele *Pro Hac Vice* in this action, along with the two accompanying declarations and the proposed order granting the motion, by United States First Class Mail this 10th day of July, 2008 on the following attorneys:

Counsel for Defendants

Sarah E. Light
Assistant United States Attorney
Office of the United States Attorney
  for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York  10007

Counsel for Plaintiffs

| | |
|---|---|
| TERRY GODDARD, | EDMUND G. BROWN JR., |
| ATTORNEY GENERAL OF THE STATE | ATTORNEY GENERAL OF THE STATE |
| OF ARIZONA | OF CALIFORNIA |
| James T. Skardon | James R. Potter |
| Assistant Attorney General | Deputy Attorney General |
| Arizona Office of the Attorney General | California Office of the Attorney General |
| 1275 West Washington Street | 300 South Spring Street |
| Phoenix, Arizona  85007 | Los Angeles, California  90013-1230 |

RICHARD BLUMENTHAL
ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT
Mary K. Lenehan
Assistant Attorney General
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120


G. STEVEN ROWE
ATTORNEY GENERAL OF THE STATE
OF MAINE
Janet M. McClintock
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006


LORI SWANSON
ATTORNEY GENERAL OF THE STATE
OF MINNESOTA
Carla Heyl
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101


ANNE MILGRAM
ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY
Michael Schuit
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093

LISA MADIGAN
ATTORNEY GENERAL OF THE STATE
OF ILLINOIS
Gerald T. Karr
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois 60602


MARTHA COAKLEY
ATTORNEY GENERAL OF THE
COMMONWEALTH OF
MASSACHUSETTS
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108


KELLY A. AYOTTE
ATTORNEY GENERAL OF THE STATE
OF NEW HAMPSHIRE
Maureen D. Smith
Senior Assistant Attorney General
New Hampshire Office of the Attorney
General
33 Capitol Street
Concord, New Hampshire 03301-6397


SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Robert A. Reiley
Assistant Counsel
Pennsylvania Department of Environmental
Protection
400 Market Street
Harrisburg, Pennsylvania 17105

| | |
|---|---|
| PATRICK C. LYNCH,<br>ATTORNEY GENERAL OF<br>THE STATE OF RHODE ISLAND<br>Tricia K. Jedele<br>Special Assistant Attorney General<br>and Environmental Advocate<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, Rhode Island 02903 | WILLIAM H. SORRELL<br>ATTORNEY GENERAL OF THE STATE<br>OF VERMONT<br>Kevin O. Leske<br>Assistant Attorney General<br>Vermont Office of Attorney General<br>109 State Street<br>Montpelier, Vermont 05609-1001 |

_____
Andrew G. Frank

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SILVERMAN PARTNERS, LP,　　　　　　　　　　Index No.: 08 CV 3103

　　　　　Plaintiff,　　　　　　　　　　　　MOTION TO ADMIT COUNSEL
　　　　　　　　　　　　　　　　　　　　　　PRO HAC VICE

　　-against-

THE VEROX GROUP, KENNETH HOWLETT
and WILLIAM EDWARDS,

　　　　　Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Laurence H. Pearson, Esquire a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Christopher N. Hug
> The Law Office of Christopher Hug, PC
> 21 Merchants Row, Third Floor
> Boston, MA 02109
> (T) 617/227-0400
> (F) 617/227-0488

Christopher N. Hug is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against Christopher N. Hug in any State or Federal court.

July 10, 2008
New York, New York

　　　　Respectfully submitted,

　　　　_____
　　　　Laurence H. Pearson, Esquire
　　　　305 Broadway, Suite 900
　　　　New York, New York 10007
　　　　(212) 879-5840

[Stamp: Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion. SO ORDERED. Hon. Harold Baer, Jr., U.S.D.J. Date: 7/10/08]



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707

**MAURA S. DOYLE**
CLERK
(617) 557-1180

July 1, 2008

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ  (617) 557-1184
GEORGE E. SLYVA  (617) 557-1185
ERIC B. WETZEL  (617) 557-1186
FACSIMILE  (617) 557-1033

Christopher Noel Hug
21 Merchants Row, 3rd Fl.
Boston, MA  02109


IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING

Christopher Noel Hug:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office.  This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ces
CL Received: July 1, 2008
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1985**, said Court being the highest Court of Record in said Commonwealth:

**Christopher Noel Hug**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of July in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

*******************************************

| | |
|---|---|
| SILVERMAN PARTNERS, LP, | Index No.: 08 CV 3103 |
| Plaintiff, | |
| -against- | |
| THE VEROX GROUP, KENNETH HOWLETT and WILLIAM EDWARDS, | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| Defendants. | |

*******************************************

Upon the motion of Laurence Pearson, attorney for The Verox Group, Kenneth Howlett and William Edwards,

IT IS HEREBY ORDERED that

> Christopher N. Hug
> The Law Office of Christopher Hug, PC
> 21 Merchants Row, Third Floor
> Boston, MA 02109
> (T) 617/227-0400
> (F) 617/227-0488
> hug873@msn.com

is admitted to practice pro hac vice as counsel for Verox Group, Kenneth Howlett and William Edwards in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
Judge Harold Baer, United States District Court