UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STATE OF NEW YORK, *et al.*,

                Plaintiffs,　　　　　Case No. 1:07-cv-10632-BSJ-DCF

      -against-

STEPHEN L. JOHNSON, *et al.*,

                Defendants.

------------------------------------------------------------X

## ORDER GRANTING MOTION TO
## ADMIT TRICIA K. JEDELE AS COUNSEL *PRO HAC VICE*

UPON the motion of Andrew G. Frank made pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to admit Tricia K. Jedele, an attorney admitted to practice in the State of Rhode Island, as counsel *pro hac vice* for plaintiff State of Rhode Island in this action, and the Court having considered said motion, it is hereby

ORDERED that the motion is granted and that Tricia K. Jedele is hereby admitted as counsel *pro hac vice* for plaintiff State of Rhode Island in this action. Andrew G. Frank, Assistant Attorney General, Environmental Protection Bureau, Office of Andrew M. Cuomo, Attorney General of the State of New York, 120 Broadway, New York, NY 10271 is designated as local counsel.

Dated: New York, New York
this 15th day of July, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE