IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF RHODE ISLAND and STATE OF VERMONT,

   Plaintiffs,

v.

STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

   Defendants.

----------------------------------------X

Case No. 1:07 cv 10632 (BSJ) (DCF)

ECF Case

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR THE PARTIES' SUMMARY JUDGMENT MOTIONS**

Plaintiffs the State of New York, the State of Arizona, the State of California, the State of Connecticut, the State of Illinois, the State of Maine, the Commonwealth of Massachusetts, the State of Minnesota, the State of New Hampshire, the State of New Jersey, the Commonwealth of Pennsylvania, Department of Environmental Protection, the State of Rhode Island and the State of Vermont (collectively, the "Plaintiff States") and defendants Stephen L. Johnson, as Administrator of the U.S. Environmental Protection Agency, and the U.S. Environmental Protection Agency (collectively, "EPA"), by their attorneys, respectfully submit this stipulation of the parties and order regarding a schedule for briefing the Plaintiff States' motion for summary

judgment (the "Plaintiff States' motion") and EPA's cross-motion for summary judgment ("EPA's cross-motion").

1. The Plaintiff States shall file and serve the opening papers on the Plaintiff States' motion no later than September 19, 2008.

2. EPA shall file and serve the opening papers on EPA's cross-motion, and the answering papers on the Plaintiff States' motion, no later than November 25, 2008.

3. The Plaintiff States shall file and serve the reply papers on the Plaintiff States' motion, and the answering papers on EPA's cross-motion, no later than January 16, 2009.

4. EPA shall file and serve its reply papers on EPA's cross-motion no later than February 13, 2009.

Dated: July 15, 2008

Respectfully submitted,

*For the Plaintiffs*:

ANDREW M. CUOMO,
ATTORNEY GENERAL OF
THE STATE OF NEW YORK

By: /s/ A G RL
   Andrew G. Frank
   Assistant Attorney General
   New York State Office of
     the Attorney General
   120 Broadway
   New York, New York 10271
   (212) 416-8446
   andrew.frank@oag.state.ny.us

*Counsel for Plaintiff State of New York*

*For the Defendants*:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By:_____
   Sarah E. Light
   Assistant United States Attorney
   Office of the United States Attorney
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   (212) 637-2774
   sarah.light@usdoj.gov

*Counsel for Defendants Stephen L. Johnson and U.S. Environmental Protection Agency*

judgment (the "Plaintiff States' motion") and EPA's cross-motion for summary judgment ("EPA's cross-motion").

1. The Plaintiff States shall file and serve the opening papers on the Plaintiff States' motion no later than September 19, 2008.

2. EPA shall file and serve the opening papers on EPA's cross-motion, and the answering papers on the Plaintiff States' motion, no later than November 25, 2008.

3. The Plaintiff States shall file and serve the reply papers on the Plaintiff States' motion, and the answering papers on EPA's cross-motion, no later than January 16, 2009.

4. EPA shall file and serve its reply papers on EPA's cross-motion no later than February 13, 2009.

Dated: July 15, 2008

Respectfully submitted,

*For the Plaintiffs*:

ANDREW M. CUOMO,
ATTORNEY GENERAL OF
THE STATE OF NEW YORK

By:_____
   Andrew G. Frank
   Assistant Attorney General
   New York State Office of
     the Attorney General
   120 Broadway
   New York, New York 10271
   (212) 416-8446
   andrew.frank@oag.state.ny.us

*Counsel for Plaintiff State of New York*

*For the Defendants*:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: /s/ Sarah E. Light
   Sarah E. Light
   Assistant United States Attorney
   Office of the United States Attorney
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   (212) 637-2774
   sarah.light@usdoj.gov

*Counsel for Defendants Stephen L. Johnson and U.S. Environmental Protection Agency*

TERRY GODDARD,
ATTORNEY GENERAL OF
THE STATE OF ARIZONA

By: _James T. Skardon /AbF by permission_
   James T. Skardon (admitted *pro hac vice*)
   Assistant Attorney General
   Arizona Office of the Attorney General
   1275 West Washington Street
   Phoenix, Arizona 85007
   (602) 542-8535
   james.skardon@azag.gov

*Counsel for Plaintiff State of Arizona*


EDMUND G. BROWN JR.,
ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA

By: _James R. Potter /AbF by permission_
   James R. Potter (admitted *pro hac vice*)
   Deputy Attorney General
   California Office of the Attorney General
   300 South Spring Street
   Los Angeles, California 90013-1230
   (213) 897-2637
   james.potter@doj.ca.gov

*Counsel for Plaintiff State of California*


RICHARD BLUMENTHAL
ATTORNEY GENERAL OF
THE STATE OF CONNECTICUT

By: _Mary K. Lenehan /AbF by permission_
   Mary K. Lenehan
   Assistant Attorney General
   Connecticut Office of the Attorney General
   55 Elm Street, P.O. Box 120
   Hartford, Connecticut 06141-0120
   (860) 808-5250
   mary.lenehan@po.state.ct.us

*Counsel for Plaintiff State of Connecticut*

LISA MADIGAN
ATTORNEY GENERAL OF
THE STATE OF ILLINOIS

By: *Gerald T. Karr* /AbF by permission
Gerald T. Karr (admitted *pro hac vice*)
Senior Assistant Attorney General
Illinois Attorney General's Office
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
(312) 814-3369
gkarr@atg.state.il.us

*Counsel for Plaintiff State of Illinois*


G. STEVEN ROWE
ATTORNEY GENERAL OF
THE STATE OF MAINE

By: *Janet M. McClintock* /AbF by permission
Janet M. McClintock (admitted *pro hac vice*)
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006
(207) 626-8566
jan.mcclintock@maine.gov

*Counsel for Plaintiff State of Maine*


MARTHA COAKLEY
ATTORNEY GENERAL OF
THE COMMONWEALTH OF MASSACHUSETTS

By: *I. Andrew Goldberg* /AbF by permission
I. Andrew Goldberg
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
andy.goldberg@state.ma.us

*Counsel for Plaintiff Commonwealth of Massachusetts*

4

LORI SWANSON
ATTORNEY GENERAL OF
THE STATE OF MINNESOTA

By: *Carla Heyl /Act by permission*
Carla Heyl (admitted *pro hac vice*)
Assistant Attorney General
Minnesota Office of the Attorney General
900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101
(651) 296-7341
carla.heyl@state.mn.us

*Counsel for Plaintiff State of Minnesota*


KELLY A. AYOTTE
ATTORNEY GENERAL OF
THE STATE OF NEW HAMPSHIRE

By: *Maureen D. Smith /Act by permission*
Maureen D. Smith (admitted *pro hac vice*)
Senior Assistant Attorney General
New Hampshire Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 223-6270
maureen.smith@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

5

ANNE MILGRAM
ATTORNEY GENERAL OF
THE STATE OF NEW JERSEY

By: *Michael Schuit / AbF by permission*
Michael Schuit (admitted *pro hac vice*)
Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093
(609) 633-8109
michael.schuit@dol.lps.state.nj.us

*Counsel for Plaintiff State of New Jersey*


SUSAN SHINKMAN
CHIEF COUNSEL, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

By: *Robert A. Reiley / AbF by permission*
Robert A. Reiley (admitted *pro hac vice*)
Assistant Counsel
Pennsylvania Dept. of Environmental Protection
400 Market Street
Harrisburg, Pennsylvania 17105
(717) 787-0478
rreiley@state.pa.us

*Counsel for Plaintiff Commonwealth of Pennsylvania,
Department of Environmental Protection*

6

PATRICK C. LYNCH
ATTORNEY GENERAL OF
THE STATE OF RHODE ISLAND

By: ___Tricia K. Jedele /AbF by permission___
Tricia K. Jedele (application for admission *pro hac vice* pending)
Special Assistant Attorney General and
   Environmental Advocate
Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400, Ext. 2400
tjedele@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*


WILLIAM H. SORRELL
ATTORNEY GENERAL OF
THE STATE OF VERMONT

By: ___Kevin O. Leske /AoF by permission___
Kevin O. Leske (admitted *pro hac vice*)
Assistant Attorney General
Vermont Office of the Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-6902
kleske@atg.state.vt.us

*Counsel for Plaintiff State of Vermont*


SO ORDERED: 7/17/08

___[signature]___
The Honorable Debra Freeman
United States Magistrate Judge

7